UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SQUARE ONE PREP, INC.,

                Plaintiff,

         v.

MARTIN PEREZ,

                Defendants.

22-CV-9951 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Former counsel for Plaintiff, Mr. Swabb, contacted the Court on January 31, 2023, to inform the Court that Plaintiff is seeking new counsel in this action. Plaintiff also contacted the Court to confirm the same. Because Mr. Swabb's *pro hac vice* motion did not include a proposed order, the Clerk of Court flagged his filing as deficient. *See* Dkt. 2. He has thus not formally appeared in this action and cannot file a letter on the docket requesting that the initial pretrial conference scheduled for February 10, 2023 be adjourned pending Plaintiff's effort to retain counsel and serve Defendant.

    Nonetheless, the initial pretrial conference is hereby adjourned. When Plaintiff retains new counsel, it shall file a notice of appearance on the docket and propose a new date for the telephonic conference.

SO ORDERED.

Dated:    February 1, 2023
             New York, New York

                                            Hon. Ronnie Abrams
                                            United States District Judge